DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL KAUFMAN,**
Appellant,

v.

**JACQUELINE KAUFMAN,**
Appellee.

No. 4D20-2088

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2013-DR-004892-XXXX-NB.

Adam B. Swickle of Swickle & Associates, PLLC, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***